| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SEGAL, SUZANNE H. | 2. Court or Organization US DIST CRT-CENTRAL DIST CA | 3. Date of Report 10/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE-FULL-TIME | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET, NO 5100
LOS ANGELES, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #1 |
| 2. | CO-TRUSTEE | TRUST #2 |
| 3. | CO-TRUSTEE | TRUST #3 |
| 4. | CO-TRUSTEE | TRUST #4 |
| 5. | TRUSTEE | TRUST #6 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | STATE OF CALIFORNIA |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | March 17-18, 2016 | Ithaca, NY | Spoke at Law School program | Hotel and transportation |
| 2. | Cornell Law School | June 26-27, 2016 | New York City, NY | Attended Law School meeting | Hotel and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | Sold (part) | 11/02/16 | J | C | |
| 3. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | E | Dividend | N | T | Sold (part) | 05/09/16 | J | A | |
| 4. | | | | | Sold (part) | 11/02/16 | K | C | |
| 5. -VENTAS REALTY LP/CAP CRP SR BOND UNSECURED | A | Interest | | | Sold | 08/15/16 | K | B | |
| 6. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | K | | |
| 7. -DEERE JOHN CAP CORP BOND | A | Interest | | | Sold | 04/13/16 | K | A | |
| 8. -CALIFORNIA ST FOR PREVIOUS ISS GO BONDS | A | Interest | K | T | | | | | |
| 9. -SANTA MARIA BONITA CALIF SCH D COPS BOND | A | Interest | K | T | | | | | |
| 10. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | | None | | | Sold (part) | 04/01/16 | J | | |
| 11. | | | | | Sold | 09/23/16 | K | | |
| 12. -ECOLAB INC BOND | A | Interest | | | Sold | 04/25/16 | K | A | |
| 13. -MONSANTO CO SR UNSECURED BOND | A | Interest | | | Sold | 05/10/16 | K | A | |
| 14. -CALIFORNIA ST PUB WKS BRD LEASE REV BOND 2014A | A | Interest | K | T | | | | | |
| 15. -ASTRAZENECA PLC SENIOR NOTES BOND | A | Interest | | | Sold | 08/15/16 | K | A | |
| 16. -DREYFUS CASH MGMT INSTITUTIONAL MONEY MARKET ACCT | A | Dividend | | | Open | 06/10/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Closed | 06/20/16 | J | | |
| 18. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCT | A | Dividend | L | T | Open | 06/20/16 | K | | |
| 19. -MALIBU CA CTFS PARTN BOND | | None | K | T | Buy | 10/05/16 | K | | |
| 20. -JOHNSON CNTY KANS UNI SCH DIST BOND | | None | K | T | Buy | 09/21/16 | K | | |
| 21. -CALIFORNIA ST FOR PREVIOUS ISSUES BOND | A | Interest | K | T | Buy | 11/07/16 | K | | |
| 22. -TENESSEE HSG DEV AGY RESIDENTIAL FIN BOND | | None | K | T | Buy | 04/14/16 | K | | |
| 23. -US TREASURY BILLS ZERO CPN | | None | K | T | Buy | 12/14/16 | K | | |
| 24. -CLIFTON NJ GO BOND | A | Interest | | | Buy | 09/26/16 | K | | |
| 25. | | | | | Sold | 12/27/16 | K | | |
| 26. US BANK INTEREST CHECKING | A | Interest | J | T | | | | | |
| 27. US BANK STANDARD CHECKING | A | Interest | M | T | | | | | |
| 28. US BANK INTEREST CHECKING | | None | J | T | | | | | |
| 29. SOUTHLAND CREDIT UNION SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 30. SOUTHLAND CREDIT UNION CERTIFICATE ACCOUNT | A | Interest | K | T | | | | | |
| 31. AMERICAN ELECTRIC POWER CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. TRUST #1 (H) | | | | | | | | | |
| 34. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | | | | | |
| 35. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | L | T | | | | | |
| 36. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | J | | |
| 37. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | Buy (add'l) | 02/10/16 | J | | |
| 38. -DREYFUS CASH MGMT INSTITUTIONAL MONEY MARKET ACCOUNT | A | Dividend | | | Open | 06/10/16 | J | | |
| 39. | | | | | Closed | 06/20/16 | J | | |
| 40. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | Open | 06/20/16 | J | | |
| 41. TRUST #2 (H) | | | | | | | | | |
| 42. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | C | Dividend | L | T | | | | | |
| 43. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | M | T | | | | | |
| 44. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | J | | |
| 45. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | D | Dividend | K | T | Buy (add'l) | 02/10/16 | J | | |
| 46. -DREYFUS CASH MGMT INSTITUTIONAL MONEY MARKET ACCOUNT | A | Dividend | | | Open | 06/10/16 | J | | |
| 47. | | | | | Closed | 06/20/16 | J | | |
| 48. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | Open | 06/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. TRUST #3 (H) | | | | | | | | | |
| 50. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | C | Dividend | L | T | Sold (part) | 08/08/16 | J | | |
| 51. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | L | T | | | | | |
| 52. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | J | | |
| 53. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | | | | | |
| 54. -DREYFUS CASH MGMT INSTITUTIONAL MONEY MARKET ACCOUNT | A | Dividend | | | Open | 06/10/16 | J | | |
| 55. | | | | | Closed | 06/20/16 | J | | |
| 56. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 57. TRUST #4 (H) | | | | | | | | | |
| 58. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | C | Dividend | L | T | | | | | |
| 59. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | L | T | | | | | |
| 60. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | J | | |
| 61. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | D | Dividend | K | T | Buy (add'l) | 02/10/16 | J | | |
| 62. -DREYFUS CASH MGMT INSTITUTIONAL MONEY MARKET ACCOUNT | A | Dividend | | | Open | 06/10/16 | J | | |
| 63. | | | | | Closed | 06/20/16 | J | | |
| 64. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 06/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. TRUST #5 (H) | | | | | | | | | |
| 66. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | C | Dividend | L | T | Sold (part) | 05/11/16 | J | | |
| 67. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | L | T | Buy (add'l) | 02/10/16 | J | | |
| 68. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | J | | |
| 69. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | Buy (add'l) | 02/10/16 | J | | |
| 70. -DREYFUS CASH MGMT INSTITUTIONAL MONEY MARKET ACCOUNT | A | Dividend | | | Open | 06/10/16 | J | | |
| 71. | | | | | Closed | 06/20/16 | J | | |
| 72. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 06/20/16 | J | | |
| 73. INDIVIDUAL RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 74. -MORGAN STANLEY LIQUID ASSET FUND | A | Interest | K | T | | | | | |
| 75. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES VARIABLE ANNUITY (H) | | | | | | | | | |
| 76. -VY JPMORGAN EMERGING MARKETS EQUITY (X) | A | Dividend | J | T | | | | | |
| 77. -VY FMR DIVERSIFIED MID CAP PORTFOLIO (X) | A | Dividend | J | T | | | | | |
| 78. -VY T. ROWE PRICE CAPITAL APPRECIATION (X) | A | Dividend | J | T | | | | | |
| 79. -VY CLARION REAL ESTATE PORTFOLIO (X) | A | Dividend | J | T | | | | | |
| 80. -VOYA LARGE CAP VALUE PORFOLIO (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 81. -VOYA INTERNATIONAL INDEX PORTFOLIO (X) | A | Dividend | J | T | | | | | |
| 82. -INVESCO DIVERSIFIED DIVIDEND A | A | Dividend | J | T | | | | | |
| 83. INDIVIDUAL RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 84. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | E | Dividend | N | T | | | | | |
| 85. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | D | Dividend | M | T | | | | | |
| 86. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | | | Sold | 06/10/16 | J | | |
| 87. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | E | Dividend | M | T | Buy (add'l) | 02/10/16 | L | | |
| 88. -ACTAVIS FDG SCS GTD NT BOND | A | Interest | | | Sold | 08/30/16 | J | A | |
| 89. -AT&T INC SR UNSECURED BOND | A | Interest | | | Sold | 08/24/16 | J | A | |
| 90. -BANK OF AMERICA CORP SR UNSECURED BOND | A | Interest | | | Sold | 11/14/16 | J | A | |
| 91. -BAXTER INTL INC SR NT BOND | A | Interest | | | Sold | 03/02/16 | J | A | |
| 92. -BUNGE LTD FIN CORP BOND | A | Interest | | | Sold | 11/14/16 | J | A | |
| 93. -CITIGROUP INC BOND | A | Interest | | | Sold | 10/27/16 | J | | |
| 94. -DANAHER CORP BOND | A | Interest | | | Sold | 08/18/16 | J | A | |
| 95. -EASTMAN CHEM CO BOND | A | Interest | | | Sold | 09/27/16 | J | A | |
| 96. -EATON CORP BOND | A | Interest | | | Sold | 08/26/16 | J | A | |
| 97. -ENTERGY CORP NEW SR NT BOND | A | Interest | | | Sold | 09/20/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. -EXELON GENERATION CO LLC SR NT BOND | A | Interest | | | Sold | 08/26/16 | J | A | |
| 99. -GOLDMAN SACHS GROUP INC BOND | A | Interest | | | Redeemed | 02/08/16 | J | | |
| 100. -JPMORGAN CHASE & CO BOND | A | Interest | | | Sold | 08/17/16 | J | A | |
| 101. -KINDER MORGAN ENERGY PARTNERS LP BOND | A | Interest | | | Sold | 08/26/16 | J | A | |
| 102. -MCDONALDS CORP MEDIUM TERM NTS BOND | A | Interest | | | Sold | 08/17/16 | J | A | |
| 103. -MORGAN STANLEY SR UNSECURED BOND | A | Interest | | | Sold | 11/17/16 | J | A | |
| 104. -NASDAQ STK MKT INC SENIOR NOTES BOND | A | Interest | | | Sold | 08/23/16 | J | A | |
| 105. -PENTAIR FINANCE SA SR UNSECURED BOND | A | Interest | | | Sold | 08/26/16 | J | A | |
| 106. -PFIZER INC NOTE BOND | A | Interest | | | Sold | 08/17/16 | J | A | |
| 107. -PLAINS ALL AMERN PIPELINE LP BOND | A | Interest | | | Sold | 09/08/16 | J | B | |
| 108. -REGENCY ENERGY PARTNERS LP SR NT BOND | A | Interest | | | Sold | 10/17/16 | J | A | |
| 109. -RIO TINTO FINANCE USA LTD BOND | A | Interest | | | Sold | 09/20/16 | J | A | |
| 110. -VERIZON COMMUNICATIONS INC NT BOND | A | Interest | | | Sold | 09/20/16 | J | A | |
| 111. -WELLS FARGO & CO NEW NT BOND | A | Interest | | | Sold | 10/27/16 | J | A | |
| 112. -WESTERN UN CO BOND | A | Interest | | | Sold | 11/14/16 | J | A | |
| 113. -WILLIAMS PARTNERS LP SR NT BOND | A | Interest | | | Sold | 09/08/16 | J | A | |
| 114. -ZIMMER HLDGS INC BOND | A | Interest | | | Sold | 08/18/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. -ALCOA INC NT BOND | A | Interest | | | Sold | 08/23/16 | J | A | |
| 116. -AMERIGAS FINANCE LLC/COR BOND | A | Interest | | | Redeemed | 07/27/16 | J | A | |
| 117. -ARCELORMITTAL LUXEMBOURG NT BOND | A | Interest | | | Sold | 10/26/16 | J | A | |
| 118. -BALL CORP SENIOR NOTES BOND | A | Interest | | | Sold | 10/17/16 | J | A | |
| 119. -CNH CAP LLC SR NT 17 BOND | A | Interest | | | Sold | 11/14/16 | J | | |
| 120. -CNH CAP LLC SR NT 18 BOND | A | Interest | | | Sold | 10/26/16 | J | A | |
| 121. -CONCHO RES INC SR NT BOND | A | Interest | | | Redeemed | 09/19/16 | J | | |
| 122. -D R HORTON INC BOND | A | Interest | | | Sold | 11/14/16 | J | A | |
| 123. -DOLPHIN SUBSIDIARY II INC SR NT BOND | A | Interest | | | Sold | 10/17/16 | J | A | |
| 124. -LENNAR CORP SENIOR NOTES BOND | A | Interest | | | Sold | 08/23/16 | J | A | |
| 125. -RANGE RESOURCES CORPORATION SR NT BOND | A | Interest | | | Sold | 10/17/16 | J | A | |
| 126. -SLM CORP UNSECURED BOND | A | Interest | | | Redeemed | 10/25/16 | J | A | |
| 127. -TESORO CORP BOND | A | Interest | | | Sold | 10/26/16 | J | A | |
| 128. -TOLL BROS FINANCE CORP BOND | A | Interest | | | Sold | 10/26/16 | J | A | |
| 129. -AMERICAN EXPRESS CREDIT CORP BOND | A | Interest | | | Redeemed | 07/29/16 | J | | |
| 130. -HOME DEPOT INC SENIOR NOTES BOND | A | Interest | | | Sold | 11/18/16 | J | A | |
| 131. -LOWES COS INC SR UNSECURED BOND | A | Interest | | | Sold | 08/30/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 132. -NATIONAL CITY BANK BOND | A | Interest | | | Sold | 11/14/16 | J | A | |
| 133. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | A | Dividend | L | T | Open | 06/10/16 | J | | |
| 134. -DEVON ENERGY CORP NEW BOND | A | Interest | | | Buy | 04/01/16 | J | | |
| 135. | | | | | Sold | 08/23/16 | J | A | |
| 136. -GOLDMAN SACHS GROUP INC MEDIUM TERM NTS | A | Interest | | | Buy | 02/11/16 | J | | |
| 137. | | | | | Sold | 09/08/16 | J | A | |
| 138. -MARATHON OIL CORP NT | A | Interest | | | Buy | 03/24/16 | J | | |
| 139. | | | | | Sold | 10/26/16 | J | A | |
| 140. -METLIFE INC BOND | A | Interest | | | Buy | 04/22/16 | J | | |
| 141. | | | | | Sold | 09/27/16 | J | A | |
| 142. -PSEG POWER LLC SENIOR NOTES | A | Interest | | | Buy | 05/26/16 | J | | |
| 143. | | | | | Sold | 09/20/16 | J | A | |
| 144. -LEGG MASON INC NOTE | A | Interest | | | Buy | 07/28/16 | J | | |
| 145. | | | | | Sold | 08/23/16 | J | A | |
| 146. -NY CITY TRANSITIONAL FIN BOND | | None | K | T | Buy | 08/26/16 | K | | |
| 147. -TENNESSEE ST GO BOND | | None | K | T | Buy | 08/17/16 | K | | |
| 148. -GEORGIA ST GO BOND | A | Interest | K | T | Buy | 08/17/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. -JEA FLA BULK PWR SUPPLY SYS REV BOND | A | Interest | K | T | Buy | 08/30/16 | K | | |
| 150. -ILLINOIS ST GO BOND | | None | K | T | Buy | 08/18/16 | K | | |
| 151. -NEW YORK GO BOND | A | Interest | K | T | Buy | 08/23/16 | K | | |
| 152. -AUSTIN TEXAS PUB IMPT BOND | | None | K | T | Buy | 11/14/16 | K | | |
| 153. -CALIFORNIA ST GO BOND | A | Interest | K | T | Buy | 09/08/16 | K | | |
| 154. -VIRGINIA COLLEGE BLDG AUTH BOND | | None | K | T | Buy | 09/20/16 | K | | |
| 155. -WILMINGTON DEL GO BOND | A | Interest | K | T | Buy | 08/26/16 | K | | |
| 156. -CONNECTICUT ST GO BOND | A | Interest | K | T | Buy | 09/20/16 | K | | |
| 157. -COLUMBUS OHIO VARIOUS PURP LTD TAX BOND | | None | K | T | Buy | 10/17/16 | K | | |
| 158. -NEW YORK ST DORM AUTH REVS BOND | | None | K | T | Buy | 10/26/16 | K | | |
| 159. -RANCHO CALIF WTR DIST FING AUTH REV BOND | | None | K | T | Buy | 09/27/16 | K | | |
| 160. -ARKANSAS ST GO TAXABLE REF BOND | A | Interest | K | T | Buy | 11/14/16 | K | | |
| 161. -MET GOVT NASHVILLE & DAVIDSON CNTY TENN BOND | | None | K | T | Buy | 10/27/16 | K | | |
| 162. -NEW HAMPSHIRE ST GO CAP IMPT BOND | A | Interest | K | T | Buy | 08/23/16 | K | | |
| 163. -US TREASURY BILLS ZERO CPN | | None | K | T | Buy | 11/18/16 | K | | |
| 164. 0.23737% INTEREST IN MS & K REALTY CO | A | Distribution | J | T | | | | | |
| 165. CHASE BANK CASH ACCOUNTS | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 167. -FIDELITY ASSET MANAGER 50% FUND | A | Dividend | J | T | Sold (part) | 05/26/16 | J | | |
| 168. | | | | | Sold (part) | 08/12/16 | J | | |
| 169. | | | | | Sold (part) | 12/14/16 | J | | |
| 170. -FIDELITY STRATEGIC DIVIDEND & INCOME FUND | A | Dividend | J | T | Sold (part) | 08/12/16 | J | | |
| 171. | | | | | Sold (part) | 10/13/16 | J | | |
| 172. | | | | | Sold (part) | 11/10/16 | J | | |
| 173. MORGAN STANLEY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 174. -MORGAN STANLEY LIQUID ASSET FUND | A | Interest | J | T | | | | | |
| 175. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES ANNUITY (H) | | | | | | | | | |
| 176. -VY T. ROWE PRICE CAPITAL APPRECIATION (X) | A | Dividend | J | T | | | | | |
| 177. -VY INVESCO GROWTH AND INCOME PORTFOLIO (X) | A | Dividend | J | T | | | | | |
| 178. FIDELITY INVESTMENT ACCOUNT (H) (X) | | | | | | | | | |
| 179. -FIDELITY GOVERNMENT MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 180. -FIDELITY CALIFORNIA MUNI MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 181. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 10/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) PART I, LINE 5 - NEITHER THE FILER, HER SPOUSE OR HER DEPENDENT CHILD CREATED TRUST #6, AND NONE RECEIVE INCOME FROM OR HAVE A CURRENT BENEFICIAL INTEREST IN THIS TRUST.

2) PART VII, LINES 76 THROUGH 81 - THE SPECIFIC INVESTMENTS OF THE ASSET LISTED ON LINE 75 WERE INADVERTENTLY OMITTED FROM THE PREVIOUS REPORT.

3) PART VII, LINES 176 THROUGH 177 - THE SPECIFIC INVESTMENTS OF THE ASSET LISTED ON LINE 175 WERE INADVERTENTLY OMITTED FROM THE PREVIOUS REPORT.

4) PART VII, LINES 178 THROUGH 180 WERE INADVERTENTLY OMITTED FROM THE PREVIOUS REPORT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ SUZANNE H. SEGAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544